**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1248**

MARK HEPBURN, An Incompetent, by Deborah
Hepburn, his Mother and Next Friend,

                                          Plaintiff - Appellant,

        versus

NATIONAL   CENTER   ON   INSTITUTIONS   AND
ALTERNATIVES, INCORPORATED (NCIA); NCIA/SAQ,
LLC,

                                          Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(1:05-cv-02568-WDQ)

Submitted:  January 26, 2007        Decided:  March 2, 2007

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Robert A. Sapero, W. Timothy Sutton, SAPERO & SAPERO, Baltimore,
Maryland, for Appellant.  Gary R. Jones, Niccolo N. Donzella,
BAXTER, BAKER, SIDLE, CONN & JONES, P.A., Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Hepburn appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hepburn v. Nat'l Ctr. on Institutions and Alternatives, Inc.</u>, No. 1:05-cv-02568-WDQ (D. Md. Jan. 18, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>